UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE MORGAN,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL                      Case No.09-12140
SECURITY,                                         Honorable Patrick J. Duggan
    Defendant.
_____/

## **JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment, and the Court having issued an Opinion and Order on this date granting in part and denying in part Plaintiff's motion and denying Defendant's motion,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of Plaintiff and against Defendant in that Defendant's decision denying Plaintiff's application for Disability and Disability Insurance Benefits is **REVERSED** and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

DATE: September 7, 2010

                                         s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE

Copies to:
Kenneth D. Clayton, Esq.
AUSA Vanessa M. Mays
Magistrate Judge Michael Hluchaniuk